**Joseph Charles CANNAN,
Petitioner–Appellant,**

v.

**Sandra HUTCHENS, Sheriff–Coroner,
Orange County; Edmund G. Brown,
Jr., Attorney General State of CA, Re-
spondents–Appellees.**

No. 11–56274.

United States Court of Appeals,
Ninth Circuit.

Submitted June 26, 2012.*

Filed July 3, 2012.

Joseph Charles Cannan, pro se.

Angela Borzachillo, AGCA–Office of the
California Attorney General, San Diego,
CA, for Respondent–Appellees.

Before: SCHROEDER, HAWKINS,
and GOULD, Circuit Judges.

MEMORANDUM **

California state prisoner Joseph Charles
Cannan appeals pro se from the district
court's judgment denying his 28 U.S.C.
§ 2254 habeas petition. We have jurisdic-
tion under 28 U.S.C. § 2253, and we af-
firm.

Cannan alleges that his Sixth Amend-
ment rights were violated when the trial
court determined his prior Arizona convic-
tion for manslaughter qualified to elevate
his current offenses to felonies and double
his sentence under California's Three
Strikes Law. Cannan is not entitled to

---

* The panel unanimously concludes this case is
suitable for decision without oral argument.
See Fed. R.App. P. 34(a)(2).

habeas relief as the California Court of
Appeals decision to deny relief was not
contrary to or an unreasonable application
of Supreme Court precedent. See 28
U.S.C. § 2254(d)(1); Apprendi v. New Jer-
sey, 530 U.S. 466, 490, 120 S.Ct. 2348, 147
L.Ed.2d 435 (2000).

We construe Cannan's argument that
the trial court relied on improper hearsay
to enhance his sentence as a motion to
expand the certificate of appealability
("COA"). So construed, the motion is de-
nied. See 9th Cir. R. 22–1(e); Hiivala v.
Wood, 195 F.3d 1098, 1104–05 (9th Cir.
1999) (per curiam). To the extent Cannan
seeks to appeal the district court's denial
of a COA with regard to this issue, the
denial of a COA is not in itself appealable.
See Greenawalt v. Stewart, 105 F.3d 1268,
1272 (9th Cir.1997) (per curiam), abroga-
tion on other grounds recognized by Jack-
son v. Roe, 425 F.3d 654, 658–61 (9th
Cir.2005).

**AFFIRMED.**

---

** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by 9th Cir. R. 36–3.